# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| AAMIR M. SHAIKH, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 4:21-cv-00803-MHH-JHE |
| KEITH PEEK, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On August 9, 2024, the magistrate judge entered a Report and Recommendation in which he recommended that the Court grants the respondents' motion to dismiss Mr. Shaikh's petition for writ of habeas corpus as moot. (Docs. 43, 44). The Court has mailed the report to the address Mr. Shaikh last provided to the Court and to the address to which Mr. Shaikh was released from ICE custody. (Doc. 43-1, p. 3; Docs. 46, 47). To date, the Court has not received objections to the report. Having considered the relevant materials in the Court's electronic docket, the Court adopts the report and accepts the magistrate judge's recommendation.

By separate order, the Court will dismiss Mr. Shaikh's petition for writ of habeas corpus as moot.

**DONE** and **ORDERED** this September 24, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE